**Esther N. TEMBI, Petitioner,**

v.

**John ASHCROFT, U.S. Attorney General, Respondent.**

No. 03–1038.

United States Court of Appeals, Fourth Circuit.

Submitted Oct. 6, 2003.

Decided Oct. 22, 2003.

Danielle L.C. Beach–Oswald, Noto & Oswald, P.C., Washington, D.C., for Petitioner. Peter D. Keisler, Assistant Attorney General, Mark C. Walters, Assistant Director, Mary Jane Candaux, Senior Litigation, Office of Immigration Litigation, United States Department of Justice, Washington, D.C., for Respondent.

Before MICHAEL, MOTZ, and TRAXLER, Circuit Judges.

Petition denied by unpublished PER CURIAM opinion.

PER CURIAM.

Esther Nuk Tembi, a native and citizen of Cameroon, petitions for review of an order of the Board of Immigration Appeals ("Board") denying her motion to reopen removal proceedings. We have reviewed the record and the Board's order and find that the Board did not abuse its discretion in denying Tembi's motion to reopen. *See* 8 C.F.R. § 1003.2(a) (2003); *INS v. Doherty*, 502 U.S. 314, 323–24, 112 S.Ct. 719, 116 L.Ed.2d 823 (1992). Accordingly, we deny the petition for review on the reasoning of the Board. *See In re: Tembi*, No. A75–342–852 (B.I.A. Dec. 9, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*PETITION DENIED.*